IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| MOHAMED MAHDI ABDULKADIR, PRO SE, TDCJ-CID No. 1529001, <br><br>Plaintiff, <br><br>v. <br><br>BRUCE P. SADLER, Asst. District Attorney, <br><br>Defendant. | § § § § § § § § § § § § 2:14-CV-0033 |

## ORDER OF DISMISSAL

Plaintiff MOHAMED MAHDI ABDULKADIR, while a prisoner confined in the Texas Department of Criminal Justice, Correctional Institutions Division, filed suit pursuant to Title 42, United States Code, section 1983 complaining against various defendants employed by the Texas Department of Criminal Justice, Institutional Division, and has been granted permission to proceed *in forma pauperis*.

On March 21, 2014, the Magistrate Judge issued a Report and Recommendation analyzing plaintiff's claims and recommending dismissal with prejudice as frivolous and without prejudice for failure to state a claim on which relief can be granted.

Plaintiff filed his Objections to the Report and Recommendation on April 7, 2014.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation, as well as the objections filed by the plaintiff.

The Court is of the opinion that plaintiff's objections should be OVERRULED and the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does OVERRULE plaintiff's objections, and does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Civil Rights Complaint by MOHAMED MAHDI ABDULKADIR is DISMISSED WITH PREJUDICE AS FRIVOLOUS AND WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

All pending motions are DENIED.

The Clerk shall send a copy of this order to plaintiff and to any attorney of record. The Clerk shall also mail copies of this order to the Pro Se Clerk at the U.S. District Court for the Eastern District of Texas, Tyler Division.

It is SO ORDERED.

Signed this the _____ 16th _____ day of July, 2014.

_____
MARY LOU ROBINSON
United States District Judge